# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-cr-00400-SRB-1 |
| ) | |
| HERMAN R. MARTINEZ, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Jill A. Morris's Report and Recommendation (Doc. #54) to deny Defendant's Motion to Suppress (Doc. #19). Defendant filed Objections to the Report and Recommendation. (Doc. #55.) The Government also filed Objections to the Report and Recommendation (Doc. #56) and a response to Defendant's Objections (Doc. #58).

After an independent and careful review of the record, the applicable law, and the parties' arguments, the Court OVERRULES Defendant's objections (Doc. #55) and the Government's objections (Doc. #56). The Court ADOPTS Judge Morris's Report and Recommendation (Doc. #54). It is ORDERED that the Report and Recommendation be attached to and made a part of this Order. Defendant's Motion to Suppress (Doc. #19) is DENIED.

**IT IS SO ORDERED.**

Dated: March 10, 2021

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
UNITED STATES DISTRICT JUDGE